UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA GARCIA )<br>    Plaintiff )<br> )<br>v. )<br> )<br>FRED'S AUTO MART, INC. and )<br>AUTOFLOW FINANCING, LLC. )<br>    Defendants )<br> ) | 3:12-CV-00308-MRK<br><br><br><br><br><br><br><br>JANUARY 4, 2013 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Sandra Garcia, through her attorney, and the defendants, Fred's Auto Mart, Inc. and Autoflow Financing, LLC, through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, SANDRA GARCIA**

By: /s/ Daniel S. Blinn
    Daniel S. Blinn, ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

                                              **DEFENDANTS, FRED'S AUTO MART, INC.
and AUTOFLOW FINANCING, LLC**

                                              By: <u>/s/ Robert F. Flynn</u>
                                                    Robert F Flynn, ct15803
                                                    rflynn@oamlaw.com
                                                    O'Connell, Attmore & Morris, LLC
                                                    280 Trumbull Street, 23rd Floor
                                                    Hartford, CT 06103
                                                    Tel:  (860) 548-1300
                                                    Fax: (860) 548-0023

## **CERTIFICATION**

     I hereby certify that on this 4th day of January, 2013, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                 <u>/s/ Daniel S. Blinn</u>
                                                                 Daniel S. Blinn